**Mario BALLARD, Plaintiff—Appellant,**

v.

**CHIEF OF FBI; Chief of Virginia State Police; Chief Warden, Red Onion State Prison, Defendants—Appellees.**

No. 04–6924.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 3, 2004.

Mario Ballard, Appellant pro se.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Mario Ballard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Ballard's civil action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Ballard v. Chief of FBI*, No. CA–03–926–3 (E.D.Va. May 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*